IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JEFFREY DOUGLAS COSBY, | ) |
| Petitioner, | ) ) ) |
| v. | ) CIVIL ACTION NO. ) 3:19-CV-754-RAH-SRW ) [WO] |
| UNITED STATES OF AMERICA, | ) ) |
| Respondent. | ) |

**ORDER**

Petitioner Jeffrey Douglas Cosby has filed a Motion for Dismissal (Doc. 20) stating that he no longer wishes to pursue his action under 28 U.S.C. § 2255 and asking the Court to dismiss the action pursuant to Rule 41(a)(2) of the Federal Rules of Civil Procedure. The Court having considered this motion, it is

ORDERED that Cosby's motion for voluntary dismissal pursuant to Fed. R. Civ. P. 41(a)(2) (Doc. 20) is GRANTED.

Accordingly, it is further

ORDERED that this action is DISMISSED without prejudice.

DONE, on this the 10th day of June, 2021.

                                        /s/ R. Austin Huffaker, Jr.
                                       R. AUSTIN HUFFAKER, JR.
                                       UNITED STATES DISTRICT JUDGE